IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and<br>INTERMUNE, INC.,<br><br>   Plaintiffs,<br><br> v.<br><br>AUROBINDO PHARMA LIMITED, et al.,<br><br>   Defendants. | )<br>)<br>) C.A. No. 19-78 (RGA)<br>) CONSOLIDATED<br>)<br>) *Related to*:<br>) C.A. No. 19-109 and 19-110 (RGA)<br>) Defendants: Lupin Ltd. and<br>) Lupin Pharmaceuticals, Inc.<br>) |

**PLAINTIFFS' NOTICE OF DEPOSITION OF ANANT BORGAONKAR**

  PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Genentech, Inc. and InterMune, Inc. will take the deposition upon oral examination under oath of Anant Borgaonkar via remote means, at a reasonable date and time as may be mutually agreed upon by the parties, and continuing thereafter from day to day, excluding Sundays and holidays, until completed or adjourned.  The deposition will be conducted remotely, using videoconference technology, before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition may be recorded by stenographic, audio, video and/or real-time computer means. You are invited to attend and cross examine.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Mark E. Waddell<br>Warren K. MacRae<br>Ryan Hagglund<br>Kathleen Gersh<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY  10154<br>(212) 407-4000<br><br>Alexandra Cavazos<br>Dan Liu<br>LOEB & LOEB LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA  90067<br>(310) 282-2000<br><br>October 14, 2020 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br><br>*/s/ Cameron P. Clark*<br><br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>cclark@mnat.com<br><br>*Attorneys for Plaintiffs Genentech, Inc.*<br>*and InterMune, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 14, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Francis J. Murphy, Esquire<br>Jonathan L. Parshall, Esquire<br>MURPHY & LANDON, P.A.<br>1011 Centre Road, Suite 210<br>Wilmington, DE  19805<br>*Attorneys for Defendants Lupin Ltd. and*<br>*Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Keith D. Parr, Esquire<br>Timothy F. Peterson, Esquire<br>Nina Vachhani, Esquire<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL  60606<br>*Attorneys for Defendants Lupin Ltd. and*<br>*Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Cameron P. Clark*
───────────────────────
Cameron P. Clark (#6647)