IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and<br>INTERMUNE, INC.,<br><br>        Plaintiffs,<br><br>     v.<br><br>AUROBINDO PHARMA LIMITED, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-78 (RGA)<br>)  CONSOLIDATED<br>)<br>)  *All Related Cases*<br>)<br>) |

# **ORDER**

This 23rd day of April, 2021, Plaintiffs Genentech, Inc. and InterMune, Inc. having moved for an order striking certain invalidity theories (D.I. 262), and the Court having determined that Plaintiffs' motion should be denied, as stated at the discovery conference on April 23, 2021;

IT IS SO ORDERED that the motion is DENIED.

                                                   /s/ Richard G. Andrews
                                                   United States District Judge